Tabitha Phillips, appellant, v. T. M. Chambers, appellee. Gen. No. 9,127.

Opinion filed January 24, 1939.

Charles M. Connor, for appellant.   L. W. MacNeil and Craig & Craig, for appellee.

Mr. Justice Hayes delivered the opinion of the court.